UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER, *individually and on behalf of the Proposed Claim, and victims of the allegations & charges, and The People of The United States of America*,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUXOTITICA RETAIL NORTH AMERICA, INC., DBA LENS CRAFTERS, ZENNI OPTICAL, GLASSES.COM, AND OTHER UNKNOWN MISCELLANEOUS COMPANIES; ZENNI OPTICAL; FEDERAL TRADE COMMISSION; FBI – SAN DIEGO FIELD OFFICE; USSOCOM; FBI; CIA; SECRET SERVICE; IRS; SEC; and DHS,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-1771-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

　　On September 25, 2023, Plaintiff, proceeding pro se, initiated this action by filing a Complaint against Luxotitica Retail North America, Inc., dba Lens Crafters, Zenni Optical,

Glasses.com, and Other Unknown Miscellaneous Companies; Zenni Optical; Federal Trade Commission; FBI – San Diego Field Office; USSOCOM; FBI; CIA; Secret Service; IRS; SEC; and DHS. (ECF No. 1.) Plaintiff also filed a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). (ECF No. 2.)

On October 30, 2023, the Court granted Plaintiff's Motion to Proceed IFP, screened the Complaint pursuant to 28 U.S.C. § 1915, and dismissed the Complaint without prejudice for a failure to state a claim. (ECF No. 3.) The Court ordered, "No later than **sixty (60) days** from the date of this Order, Plaintiff may file a first amended complaint, which cures the defects in his original complaint. If no amended complaint is filed, the Court will direct the Clerk of Court to close this case." *Id.* at 9.

The docket reflects that Plaintiff has not filed an amended complaint, or requested any extension of time to do so.

IT IS HEREBY ORDERED that the Clerk of Court shall close this case.

Dated: January 8, 2024

Hon. William Q. Hayes
United States District Court